**No. 55962.**—Sandoz Chemical Works, Inc. *v.* United States, protests 146767–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of Nilo P, a combination of castor oil, oleic acid, and caustic potash, similar in all material respects to that the subject of Abstract 55174, the claim of the plaintiff was sustained.

**No. 55963.**—Dr. Roman Martins *v.* United States, protest 159995–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55964.**—L & C Hardmuth, Inc. *v.* United States, protest 162260–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55965.**—I. L. Hartman Co. and Dorothy McCauslan *v.* United States, protests 169620–K and 169622–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.